**Order entered April 22, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00667-CV

**BASIC ENERGY SERVICES, L.P., Appellant**

**V.**

**EXCO RESOURCES, INC., ET AL., Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-07735-E**

## ORDER

We **GRANT** appellees' April 19, 2016 unopposed second motion for extension of time to

file combined brief and **ORDER** the brief be filed no later than May 23, 2016.


/s/      CRAIG STODDART
         JUSTICE